**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 108.52.5.150
**Total Works Infringed:** 25  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6D086E1CC31556A97BE20B50915D796AEF41EEFE<br>File Hash: 83C01DAD173494B32410361647E2BCB7F4D7365F698E77C4483BFD570FD5ADD8 | 06-13-2021 16:29:05 | Blacked | 02-19-2019 | 03-24-2019 | PA0002184061 |
| 2 | Info Hash: A4217C332CF806017EE6C8CF1E5151DFF8833788<br>File Hash: A5C5CCE866EC37B20892846DE00B32E7F46D3E3BCED9E20695DD1B57A161F291 | 05-30-2021 05:39:46 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 3 | Info Hash: C06BE5AD424DEAEEF37D595614E9A58994A24D7D<br>File Hash: 87207896853FC7878F0A1A4855F64EAA036DFF4990658ADA4F201B5BF29BF304 | 05-28-2021 21:11:38 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 4 | Info Hash: 07505D1BF57DF4D79F0E6D0C802F273714F82B69<br>File Hash: 44F977A16AFCEE2BD4C403DBB7510F28AEE06CA03510AAF7793782EF9C9D86CA | 05-19-2021 19:48:06 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 5 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 05-19-2021 19:04:51 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 6 | Info Hash: 22E756AB10195C299D4EF6CDE019BC534B8A8E62<br>File Hash: D8B6C71B397F72973249127DBAB9D350C40C2FE7C334C10F818AE8833AF48BA9 | 05-19-2021 19:04:32 | Tushy | 06-20-2018 | 08-07-2018 | PA0002132405 |
| 7 | Info Hash: CCE9FA128205198C6A014556AFF4DC9D7866B695<br>File Hash: DC039FBA2E3A8C417DEB586E91B486E5E45000ADFAA1FD03BBEDA0A87D45A37C | 05-13-2021 18:33:28 | Tushy | 04-16-2018 | 06-18-2018 | PA0002126681 |
| 8 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 05-13-2021 18:23:43 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275<br>File Hash: 43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 04-26-2021 14:55:41 | Vixen | 04-24-2018 | 06-19-2018 | PA0002126671 |
| 10 | Info Hash: 9C643ACA38FD9D470613CE49A612A20A07950A43<br>File Hash: 64E50EA88C00946AADFD30510FF5F092E9ABBF74D00329AC26A1D2C1D3FBED82 | 04-04-2021 18:20:08 | Vixen | 04-29-2018 | 06-19-2018 | PA0002126677 |
| 11 | Info Hash: 47CE723D84C0A2028A53B98FE9431C963A280E54<br>File Hash: 3B4131F8980F5B1897C386893963773E40C3EEECE0EF9820C958D8248BE7E58C | 03-26-2021 19:06:12 | Tushy | 02-25-2018 | 03-01-2018 | PA0002079188 |
| 12 | Info Hash: 5DE0F105FC00E754C7A68603C1A8E3DD0386A030<br>File Hash: 66005ED04FAA2FA043F36536FF1BA73147CB286F0AC9CCC4034E6F08ACDDA242 | 03-22-2021 06:11:35 | Tushy | 02-05-2020 | 03-15-2020 | PA0002240545 |
| 13 | Info Hash: BFB0C6B34A693BC40981D11313056612733E3A70<br>File Hash: E34055F5852A70C622B59D143625DB8E1A4FCF516F5F7DD57D66C551CA45D632 | 03-22-2021 06:11:24 | Tushy | 11-17-2018 | 12-10-2018 | PA0002145827 |
| 14 | Info Hash: 75AAFCC83F053540C564E26015234507AD59D40E<br>File Hash: 31D0D3686F31F8D213A5D9C8B5727BCE8463A4B28685D2EB05DD71F82B5B2DF4 | 03-10-2021 19:06:36 | Blacked | 09-17-2019 | 09-25-2019 | PA0002203161 |
| 15 | Info Hash: 1AF3F8C5CD2D418A21F8183C66EF882B8DC279C4<br>File Hash: 63AC85A02517EDFFEAE01159074C030E540BBA373AFA5B1848D9791D97044858 | 02-27-2021 07:54:09 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 16 | Info Hash: 654FDEBA4D88249E1F34D0661AB9A548091828CC<br>File Hash: 8F91DA39430C2711DC1B6E92FB5E47B090DE8E67D9F33620B35E3F3ECA8DA5B4 | 02-20-2021 19:08:35 | Tushy | 08-09-2018 | 09-05-2018 | PA0002135685 |
| 17 | Info Hash: 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC<br>File Hash: 42BFA57239AC6310293F89186960CE0FBAB1526442CDDA853D6141F6A6EFCD68 | 02-20-2021 19:06:51 | Blacked Raw | 02-16-2019 | 03-11-2019 | PA0002158595 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 716BD92E139BE2039209B3F8C494B7A8356E4774<br>File Hash: D02255E8C093E98B712A51334068B516A9B2B7C10B0482D76261E8C7712FE1E0 | 02-20-2021 19:06:28 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 19 | Info Hash: AF96EE573EB75078F49ABE87BB1FE91A3F15C177<br>File Hash: 68ED6A95AB2DCBC2551585DA2E428A2B9A052774D64B8426A22A6FFA825629F1 | 02-20-2021 19:06:16 | Blacked | 06-09-2018 | 07-14-2018 | PA0002130453 |
| 20 | Info Hash: DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38<br>File Hash: EA3A14928D707D02CAF7EBA3F82F77CF7F36157B929DA6AD47BC4024001FF0CA | 02-20-2021 19:06:06 | Tushy | 07-10-2018 | 08-07-2018 | PA0002132397 |
| 21 | Info Hash: 8BB074E225C6C871CDBD1831D394E9988502CEBD<br>File Hash: C406C0E49456756FC3028F4DC366017F54C0EEF93F480CB8E1064B8090DBCE6A | 02-20-2021 19:05:40 | Blacked Raw | 10-09-2018 | 11-01-2018 | PA0002143427 |
| 22 | Info Hash: 245BA267DA376101FB938D4952C9A96634CCF445<br>File Hash: FFE79D281ABC920AA5537B2D14FA01512797171DCE3DCA8EB4F3B3E85EFAC843 | 02-19-2021 02:07:13 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |
| 23 | Info Hash: 729F4F046005EFDCD2954C73FC9786EA9522F034<br>File Hash: BDA4C088BED8C71E60817F42F99A1FDE8F7F9E5D6112F08E2A704F70C8DECC2C | 02-19-2021 02:01:08 | Blacked | 05-05-2018 | 05-24-2018 | PA0002101366 |
| 24 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 02-19-2021 01:59:59 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 25 | Info Hash: 654CFBA775433926717A3E0D58C90196F0413460<br>File Hash: BE957B752D7675E37648F2D81C3040F9E272C6D4588CBDFAB6E52E785DD954C9 | 02-19-2021 01:54:55 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |